## W. N. PROCTOR CO. *v.* UNITED STATES

No. 4869.—Invoices dated Jonkoping, Sweden, April 11, 21, 1938; Grycksbo, Sweden, July 5, 1939.
Certified April 14, 23, 1938; July 7, 1939.
Entered at Boston, Mass., April 27, May 21, 1938, July 27, 1939.
Entry Nos. 13139, 13886, 1087.

(Decided April 12, 1940)

*Morris W. Burckard* for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

KINCHELOE, Judge: These appeals to reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto.

It is *Stipulated* and *Agreed* by and between counsel as follows:

That the issue involved in the above mentioned reappraisement appeals is the same in all material respects as the issue involved in the case of "Arkell Safety Bag Co." vs. United States, Reappraisement Decision No. 4670, decided Nov. 3, 1939.

That the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of Sweden, for exportation to the United States, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges and expenses incident to placing the merchandise in condition packed ready for shipment to the United States is as follows:

Reappraisement #127107–A Entry #13139—April 27, 1938
*S/S "Vingaren"*

Shipper: Munksjo Aktie Bolag, Jonkoping, Sweden
*Unglazed Kraft Paper (Brown)*
Jumbo rolls: 43787#—$3.15 per 100# less 2% Cif Boston
Less Inland and Ocean Freight, Insurance & Dock Dues as specified on invoice

Reappraisement #128282-A Entry #13886—May 21, 1938
*S/S "Quaker City"*

Shipper: Munksjo Aktie Bolag, Jonkoping, Sweden

*M. G. Kraft Paper:*
Brown Counter Rolls: 19,153#—$3.75 per 100# less 2% Cif Boston
Basis 20½#
Green Counter Rolls: 108#—$3.75 per 100# less 2% Cif Boston
Green Counter Rolls: 8042#—$3.65 per 100# less 2% Cif Boston
Grey Counter Rolls: 99#—$3.70 per 100# less 2% Cif Boston
6″
Grey Counter Rolls: 17519#—$3.60 per 100# less 2% Cif Boston Less
Inland and Ocean Freight, Insurance & Dock Dues as Specified on
invoice.
Reappraisement #133168-A Entry #1087—July 27, 1939 *S/S "Hjelmaren"*
Shipper: J. H. Munktells Pappersfabriks Akt. Grycksbo, Sweden
*M. G. Kraft Paper:*
Grey Counter Rolls and sheets: 4785#—$3.55 per 100# less 2% Cif Boston
Green Counter Rolls and sheets: 11386# @ $3.60 per 100# less 2% Cif Boston
(Export price)
Brown Counter Rolls and sheets: 7343# @ $3.50 per 100# less 2% Cif Boston
(Export price)
Less Inland and Ocean Freight, Insurance & Dock Dues as Specified
on invoice
That the proper basis of appraisal of the merchandise herein is the export value.
That there was no higher foreign value for the merchandise herein at the time
of exportation.
That the record in The United States v. Arkell Safety Bag Co. Reappraisement
Decision No. 4670 may be incorporated into the record in these cases and that
the reappraisement appeals may be submitted for decision upon this stipulation
and the respective records.

On the agreed facts I find the export value, as that value is defined
in section 402 (d) of the Tariff Act of 1930, to be the proper basis for
the determination of the value of the merchandise here involved, and
that such values are as follows:

Reappraisement #127107-A Entry #13139—April 27, 1938 *S/S "Vingaren"*
Shipper: Munksjo Aktie Bolag, Jonkoping, Sweden *Unglazed Kraft Paper*
*(Brown)*
Jumbo rolls: 43787#—$3.15 per 100# less 2% Cif Boston Less Inland and
Ocean Freight, Insurance & Dock Dues as specified on invoice
Reappraisement #128282-A Entry #13886—May 21, 1938 *S/S "Quaker City"*
Shipper: Munksjo Aktie Bolag, Jonkoping, Sweden
*M. G. Kraft Paper:*
Brown Counter Rolls: 19,153#—$3.75 per 100# less 2% Cif Boston
Basis 20–½#
Green Counter Rolls: 108#—$3.75 per 100# 2% Cif Boston
6″
Green Counter Rolls: 8042#—$3.65 per 100# less 2% Cif Boston
Grey Counter Rolls: 99#—$3.70 per 100# less 2% Cif Boston
6″
Grey Counter Rolls: 17519#—$3.60 per 100# less 2% Cif Boston
Less Inland and Ocean Freight, Insurance & Dock Dues as Specified on
invoice

Reappraisement "133168–A Entry #1087—July 27, 1939 *S/S* "*Hjelmaren*"
    Shipper: J. H. Munktells Pappersfabriks Akt. Grycksbo, Sweden
    *M. G. Kraft Paper:*
    Grey Counter Rolls and sheets: 4785#—$3.55 per 100# less 2% Cif Boston
    Green Counter Rolls and sheets:—11386# @ $3.60 per 100# less 2% Cif
      Boston (Export price)
    Brown Counter Rolls and sheets: 7343# @ $3.50 per 100# less 2% Cif Boston
      (Export price)
          Less Inland and Ocean Freight, Insurance & Dock Dues as Specified
          on invoice

Judgment will be rendered accordingly.